**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CHRISTOPHER VEIT** | : | **CRIMINAL NO. 13-395-1** |

**ORDER**

**NOW**, this 12th day of October, 2017, upon consideration of the Motion to Partially Unimpound Sentencing Documents (Document No. 54), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the sealing order currently in effect is modified only to the extent that the government is authorized to provide the Philadelphia District Attorney a copy of the transcript of the defendant's sentencing hearing to comply with the Commonwealth's discovery obligations.

/s/TIMOTHY J. SAVAGE