**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER**
(Probation Form - Waiver of Hearing is Attached)

Offender Name: Christopher Veit Case Number: 2:13CR00395-001

Name of Judicial Officer: The Honorable Timothy J. Savage

Name of Sentencing Judicial Officer: The Honorable Mary A. McLaughlin

Date of Sentence: January 13, 2014

Original Offense: Trafficking in counterfeit goods *(Count* One); Mail fraud *(Count* Two); and Possession of a firearm by a convicted felon *(Count* Three)

Original Sentence: The defendant was committed to the custody of the U.S. Bureau of Prisons for a term of 120 months on each-Counts One; Two and Three, to run concernment with each other. Upon release from imprisonment, the defendant, shall be on supervised release for a term of3 years-on each of Counts One, Two and Three, to run concurrently with each other. A $300.00 special assessment was imposed.

Special Conditions: 1) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records, to include yearly income tax returns, upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 2) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit, without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for the fine; and '3) The defendant was ordered to pay a $25,000.00 fine. A lump sum of $300.00 is due immediately. The defendant shall make payments from any wages he may earn in prison in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program. Any portion of the fine or assessment that is not paid in foll, at the time of release from imprisonment, shall become a condition of supervised release with payments made at a rate of not less than $100.00 per month, to commence 30 days after release from confinement.

Amended Sentence: On June 7, 2017, the Judgment was amended, by The Honorable Timothy J. Savage, as a direct motion to district Court, pursuant to 28 U.S.C., Section 2255, reducing the custody sentenced to 65 months, con each of Counts One, Two, and Three, to run concurrently. All other terms and conditions shall remain the same.

Judge Reassignment: On May 2, 2016, this case was reassigned to the calendar of The Honorable Timothy J, Savage.

Type of Supervision: Supervised Release Date Supervision Commenced: November 17, 2018

U.S. Attorney's Response: No Objections X Objections _ No Response _

---

## PETITIONING THE COURT

Reference is made to the Report on Offender Under Supervision, dated April 6, 2020, and signed by the Court on April 7, 2020, wherein the Court was notified that on April 28, 2020, this office learned that Mr. Veit did not comply with the Court ordered payment schedule and had two open criminal matters.

, On May 22, 2020, Mr. Veit paid his fine in full.

On November 6, 2019, Mr. Veit was charged with non-traffic citation, Count 1: Harassment (Summary), in ·~salem Township, Luzerne County, Pennsylvania. Mr. Veit appeared'before District Justice Matthew C. Christopher on June 17, 2020, at which time, he plead guilty to Harassment, a summary offense, and was assessed a fine and court costs totaling $368.65.

On December 6, 2019, Mr. Veit was charged with a criminal offense, Count 1: Harassment (Misdemeanor 3); Count 2: Harassment (Misdemeanor 3); and Count 3: Disorderly Conduct (Summary), in Salem Township, Luzerne County, Pennsylvania. On January 28, 2020, Mr. Veit once again appeared before District Justice Matthew C. Christopher for a preliminary hearing. At that time, this matter was moved to non-traffic court, wherein Mr. Veit subsequently plead guilty to Harassment and was assessed a fine and court costs totaling $411.25.

Mr. Veit acknowledged that he violated the terms and conditions of supervised release. As a result of his actions, it is felt that the conditions of supervision should be modified to include that Mr. Veit shall complete a mental health assessment and abide by any treatment recommendations and rules of any such program until satisfactory discharged. Additionally, Mr. Veit will be directed to adhere to any and all child custodial agreement rules, conditions and requirements.

On August 6, 2020, Mr. Veit signed the waiver and did not contest the proposed modification. The undersigned officer contacted the United States Attorney's office who did not object to the proposed modification.

[gj **To modify the conditions of supervision as follows: The defendant shall complete a mental health assessment and abide by any treatment recommendations and rules of any such program until satisfactory discharged. Additionally, th,e defendant shall adhere to any and all child custodial agreement rules, conditions and requirements.**

Respectfully submitted,

Matthew R. MacAvoy
Chief U.S. Probation Officer

Carl os Montgomery Digitally signed by Carlos Montgomery ,Da _:2020.08.06 13:41:04 -04'00'

Timothy M. Krenitsky
U.S. Probation Officer

Approved:

Carlos Montgomery Digitally signed by Carlos Montgomery ·-oate:2020.oa.0,6 3:41:3s -04°00·

Carlos Montgomery
Supervising U.S. Probation Officer
Date: August 6, 2020

TMK/am
Attachment

ORDER OF THE COURT

Considered and ordered this 14th day of August, 2020 . and ordered filed and made part of the records in the above case.

/s/ Timothy J. Savage
U.S. District Court Judge

(PAEP 12/09)

**UNITED STATES PROBATION OFFICE**
**EASTERN DISTRICT OF PENNSYLVANIA**

**NOTICE FOR MODIFICATION OF SUPERVISION CONDITIONS**

TO: Christopher Veit Docket No. 2:13CR00395-001

This is to notify you that the U.S. Probation Office intends to make a formal request to the Court that the conditions of supervision be modified as follows:

**The defendant shall complete a mental health assessment and abide by any treatment recommendations and rules of any such program until satisfactory discharged. The defendant shall adhere to any and all child custodial agreement rules, conditions and requirements.**

Th reason for this modification is:

On November 6, 2019, Mr. Veit was charged with non-traffic citation, Count 1: Harassment (Summary), in Salem Township, Luzerne County, Pennsylvania. The matter is docketed under MJ-11301-NT-299-2019, and was brought before District Justice Matthew C. Christopher, (Magistrate District Justice No. 13-3-01).. On June 17, 2020, Mr. Veit plead guilty to Harassment, a summary offense and was assessed fine/court costs totaling $368.65.

On December 6, 2019, Mr. Veit was charged with a criminal offense, Count 1: Harassment (Misdemeanor 3); Count 2: Harassment (Misdemeanor 3); and Count 3: Disorderly Conduct (Summary), in Salem Township, Luzerne County, Pennsylvania. The matter is docketed under MJ-11301-CR-136-2019, and was brought before District Justice Matthew C.-Christopher, (Magistrate District Justice No. 13-3-01). At a preliminary court hearing conducted on January 28, 2020, this matter was closed and moved to non-traffic court, wherein Mr. Veit plead guilty to Harassment, a summary offense and was assessed fine/court costs·totaling $411.25. The matter is docketed under MJ-11301-NT-355-2019. The charges filed in both matters were the direct result of Mr. Veit's conduct as it related to the child custodial agreement between he and the mother of his child.

You have the right to·a hearing before the Court on the modification of the conditions of supervisicm, and the right to be represented by counsel at such hearing. You also have the right to waive such a hearing. You are asked to acknowledge receipt of this notice _by signing the applicable portion of this form.

If you desire a hearing, simply sign the ACKNOWLEDGMENT AND REQUEST FOR HEARING portion of the form. You will be notified of the time, date, and location of the hearing.

If you wish to waive a hearing, sign the ACKNOWLEDGMENT AND WAIVER portion of the form.

**ACKNOWLEDGMENT AND REQUEST FOR HEARING**

I, Christopher Veit, acknowledge receipt of the Notice for Modification of Supervision Conditions, and request a hearing.

Signature____________________ Witness ________________
U.S. Probation Office

Date: ___________

**ACKNOWLEDGMENT AND WAIVER OF HEARING**

I, Christopher Veit, acknowledge receipt of this Notice for Modification of Supervision Conditions. I have read and understand this Notice, that I have the right to a hearing before the Court, and the right to have legal representation at the h aring. However, I hereby waive my right to a hearing and agree to the proposed modification of the conditions of supervision. I also certify that no promises have been made in order to influence me to give up my right to a hearing, nor have any threats been directed at me if I had elected to proceed with a hearin ----

Signature ____________________ Witness ________________
U.S. Probation Office

Date: ___________