# United States District Court

for the

**Eastern District of Pennsylvania**

April 5, 2021

U.S.A. vs. Christopher Veit Case No. 2:13CR00395-001

## VIOLATION OF SUPERVISED RELEASE

COMES NOW Timothy M. Krenitsky U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Christopher Veit who was placed on supervised release by The Honorable Mary A. McLaughlin sitting in the Court at Philadelphia, PA, on the 13th day of January 2014, who fixed the period of supervision at Three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Trafficking in counterfeit goods (Count One); Mail fraud (Count Two); and Possession of a firearm by a convicted felon (Count Three).

ORIGINAL SENTENCE: The defendant was committed to the custody of the U.S. Bureau of Prisons for a term of 120 months, on each Counts One, Two and Three, to run concurrently with each other. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years on each of Counts One, Two and Three, to run concurrently with each other. A $300.00 special assessment was imposed.

SPECIAL CONDITIONS: 1) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns, upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 2) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for the fine; and 3) The defendant was ordered to pay a fine in the amount of $25,000.00. A lump sum of $300.00 is due immediately. The defendant shall make payments from any wages he may earn in prison in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program. Any portion of the fine or special assessment that is not paid in full, at the time of release from imprisonment, shall become a condition of supervised release with monthly payments made at a rate of not less than $100.00, to commence 30 days after release from confinement.

JUDGE REASSIGNMENT: On May 2, 2016, this case was reassigned to the calendar of The Honorable Timothy J. Savage.

AMENDED SENTENCE: On June 7, 2017, the Judgment was amended, by The Honorable Timothy J. Savage, as a Direct Motion to District Court Pursuant to 28 U.S.C. § 2255, reducing the custody sentence to 65 months, on each of Counts One, Two, and Three, to run concurrently. All other terms and conditions shall remain the same.

MODIFICATION OF CONDITIONS: On August 14, 2020, Your Honor signed a memorandum to modify the conditions of supervision as follows: The defendant shall complete a mental health assessment and abide by any treatment recommendations and rules of any such program until satisfactory discharged. Additionally, the defendant shall adhere to any and all child custodial agreement rules, conditions and requirements.

DATE SUPERVISION COMMENCED: November 17, 2018

DATE SUPERVISION TERMINATES: November 16, 2021

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. This conditions is:

A. Standard Condition: While on supervised release you shall not commit another federal, state or local crime.

On March 27, 2021, Mr. Veit was formally charged by Pennsylvania State Police for Strangulation (F2), Counts One and Two; Aggravated assault (F2), Counts Three and Four; Simple assault (M2) Counts Five to Ten; Recklessly endangering another person (M2) Counts Eleven to Thirteen; Disorderly conduct (M3) Counts Fourteen to Sixteen; Harassment (S) Counts Seventeen to Twenty-two; False imprisonment (M2) Counts Twenty-three to Twenty-five and Terroristic threats (M1), Counts Twenty-six and Twenty-seven. The matter is currently docketed under Montgomery County Magistrate Court Docket No. MJ-15404-CR-0000107-2021 before District Justice Matthew Seavey. Mr. Veit was released on an $75,000.00 unsecured bond on March 28, 2021.

According to the affidavit of probable cause, on March 25, 2021, Pennsylvania State Police Trooper Daniel Sheridan met with the alleged victim, conducted an interview, and took a statement. Trooper Sheridan met with the victim in the Pennsylvania State Police – Avondale Barracks. While speaking with the victim, she appeared to be extremely nervous and anxious while crying uncontrollably. The victim advised that she has been in a relationship with Christopher Veit since approximately August of 2020. The victim related that throughout the course of their relationship, Christopher Veit has been verbally, emotionally, and physically abusive towards her.

The victim related that, since approximately February 1, 2021 until todays date, March 25, 2021, Christopher Veit has encountered extreme periods of rage towards herself. The victim reported that approximately one (1) month ago, during the middle of the night, Christopher Veit advised the victim to leave the residence, but upon the victim attempting to leave, Christopher Veit began to physically assault the victim. During the assault, the victim advised the Christopher Veit grabbed her around the neck with his two hands and choked her against the bed significantly restricting her breathing. making it hard for her to breath. while telling the victim to hit him, to make him angry so he could "kill her." The victim advised that Christopher Veit threw her head against the metal bed frame and floor multiple times. The victim advised that during this encounter, she attempted to activate "SIRI" on her iPhone to call 911 to get emergency help, but Christopher Veit immediately turned the phone off making it impossible for her to call 911, and holding her against her will. The victim advised that she believed that she was going to die during this incident.

The victim related that approximately two (2) weeks before today's date, March 25, 2021, Christopher Veit became angry at the victim while in the kitchen of the residence. The victim advised that Christopher Veit grabbed her by the throat and began to choke her with his hands causing significant restriction to her breathing. The victim advised that she feared for her life as Christopher Veit told her repeatedly to "go to sleep" while she began to lose feeling in her legs causing her to be unable to stand. The victim advised that while choking her, Christopher Veit proceeded to bite her in her upper lip area causing a minor laceration. I observed the laceration which was in the healing process.

The victim related that approximately one (1) week before today's date, March 25, 2021, she attempted to leave the residence, at which time Christopher Veit became enraged, and drug the victim throughout the residence causing multiple injuries to the victim to include a black and blue contusion, approximately two inch (2") in diameter on the victim's left shoulder, a black and blue contusion approximately one inch (1") long on the victim's right wrist, a healing scab on the victim's forehead, and a black and blue contusion approximately one inch (1") in diameter on the victim's left calf.

The victim related that within the past week, Christopher Veit did slap her across the face while in his vehicle. Disposition of this matter remains unresolved.

**GRADE OF VIOLATION** **A**

PRAYING THAT THE COURT WILL ORDER... **THE ISSUANCE OF A WARRANT DIRECTING THAT THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

James E. Dirzulaitis
Supervising U.S. Probation Officer
Place: Reading, PA
Date: April 5, 2021

TMK/am

cc: Assistant U.S. Attorney
Defense Attorney
U.S. Marshal's - Warrant Squad

ORDER OF THE COURT
Considered and ordered this 6TH day of APRIL, 2021 and ordered filed and made part of the records in the above case.

/s/ Timothy J. Savage
U.S. District Court Judge

# INFORMATION SHEET FOR REVOCATION OF SUPERVISION

| | | |
|---|---|---|
| **United States of America** | ) | Case No. 2:13CR00395-001 |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Veit | ) | |

| | |
|---|---|
| Defendant's last known Address and Telephone Number: | 128 Borden Way<br>Lincoln University, PA 19352<br>Cell# 215-779-4306 |
| Defendant is in custody at: | N/A |
| Defendant's last known Counsel, Address and Telephone Number: | Joseph P. Green Jr., Esquire<br>138 West Gay Street<br>West Chester, PA 19380<br>610-692-0500<br>jpgreen@bellatlantic.net |
| Assistant U.S. Attorney: | Nancy Rue, Esquire<br>615 Chestnut Street<br>Suite 1250<br>Philadelphia, PA 19106<br>215-861-8683<br>Nancy.Rue@usdoj.gov |

for Timothy M. Krenitsky
U.S. Probation Officer
Telephone No. 610-320-5165