**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CHRISTOPHER VEIT** | : | **NO. 13-395-1** |

**PRELIMINARY ORDER OF FORFEITURE**

**NOW**, this 21st day of May, 2021, upon consideration of the Motion of United States of America for Preliminary Order of Forfeiture for Substitute Asset (Doc. No. 70), the plea agreement, and the defendant having pleaded guilty, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The defendant forfeits to the United States all his right, title and interest in any property constituting, or derived from, any proceeds he obtained, directly or indirectly, from the commission of the offenses, and any property used or intended to be used to commit or to facilitate the commission of the offenses charged in the information.

2. The following substitute asset is subject to forfeiture as a result of the defendant having pleaded guilty of illegal acts alleged in the Indictment and the government has established the requisite nexus between the substitute asset and the offenses:

   a. $13,498.26 in BB&T Bank account number 1390009986347

3. Upon entry of this Order, the United States is authorized, pursuant to Fed. R. Crim. P. 32.2(b)(3), to conduct any discovery necessary to identify, locate or dispose of the property, and to seize the property.

4. Pursuant to 21 U.S.C. § 853(n)(1), incorporating 28 U.S.C. § 2461(c), the United States Government shall publish, on an official internet government forfeiture site for 30 consecutive days, notice of this Preliminary Order of Forfeiture. The notice shall state that:

(a) the government intends to dispose of the property in any manner the Attorney General directs;

(b) any person having or claiming a legal interest in the property to be forfeited may request a hearing to determine the validity of the claimant's alleged interest in the property by filing a claim petition with the Clerk of Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

(c) the claim petition must be signed by the claimant under penalty of perjury, and shall set forth the nature and extent of the claimant's right, title or interest in the forfeited property, the time and circumstances of the claimant's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim, and the relief sought;

(d) service of a copy of any petition, or any other pleadings filed, must be made upon the United States Attorney for the Eastern District of Pennsylvania, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106-4476.

5. The United States shall notify, in writing, any person known to have alleged an interest in the property, and to his or her attorney.

6. Any person asserting a legal interest in the property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing to determine the validity of his or her alleged interest in the property,

and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6), incorporating 28 U.S.C. § 2461(c).

7. Pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture is final as to the defendant at sentencing and is part of the sentence and shall be included in the judgment.

8. The Court shall retain jurisdiction to enforce and to amend this Order.

9. The United States shall cause a copy of this Order to be served personally upon the defendant.

10. The Clerk of the United States District Court for the Eastern District of Pennsylvania shall deliver a copy of this Judgment and Preliminary Order of Forfeiture to the United States Postal Inspection Service, the United States Marshal, and to counsel for the parties.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.