**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CHRISTOPHER VEIT** | : | **NO. 13-395-1** |

**ORDER**

**NOW**, this 23rd day of June, 2021, after a hearing to show cause why supervised release should not be revoked, it is **ORDERED** that the Petition for Violation of Supervised Release (Document No. 66) is **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.