PROB 12
(Rev. 10/93)

# United States District Court

for the

**Eastern District of Pennsylvania**

December 22, 2021

U.S.A. vs. Christopher Veit                                        Case No. 2:13CR00395-001

## AMENDED VIOLATION OF SUPERVISED RELEASE

COMES NOW Timothy M. Krenitsky U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Christopher Veit who was placed on supervised release by The Honorable Mary A. McLaughlin sitting in the Court at Philadelphia, PA, on the 13th day of January 2014, who fixed the period of supervision at Three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Trafficking in counterfeit goods (Count One); Mail fraud (Count Two); and Possession of a firearm by a convicted felon (Count Three).

ORIGINAL SENTENCE: The defendant was committed to the custody of the U.S. Bureau of Prisons for a term of 120 months, on each Counts One, Two and Three, to run concurrently with each other. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years on each of Counts One, Two and Three, to run concurrently with each other. A $300.00 special assessment was imposed.

SPECIAL CONDITIONS: 1) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns, upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 2) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for the fine; and 3) The defendant was ordered to pay a fine in the amount of $25,000.00. A lump sum of $300.00 is due immediately. The defendant shall make payments from any wages he may earn in prison in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program. Any portion of the fine or special assessment that is not paid in full, at the time of release from imprisonment, shall become a condition of supervised release with monthly payments made at a rate of not less than $100.00, to commence 30 days after release from confinement.

JUDGE REASSIGNMENT: On May 2, 2016, this case was reassigned to the calendar of The Honorable Timothy J. Savage.

AMENDED SENTENCE: On June 7, 2017, the Judgment was amended, by The Honorable Timothy J. Savage, as a Direct Motion to District Court Pursuant to 28 U.S.C. § 2255, reducing the custody sentence to 65 months, on each of Counts One, Two, and Three, to run concurrently. All other terms and conditions shall remain the same.

MODIFICATION OF CONDITIONS: On August 14, 2020, Your Honor signed a memorandum to modify the conditions of supervision as follows: The defendant shall complete a mental health assessment and abide by any treatment recommendations and rules of any such program until satisfactory discharged. Additionally, the defendant shall adhere to any and all child custodial agreement rules, conditions and requirements.

DATE SUPERVISION COMMENCED: November 17, 2018

DATE SUPERVISION TERMINATES: November 16, 2021

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. These conditions are:

B. Standard Condition: While on supervised release you shall not commit another federal, state or local crime.

According to police reports, court hearings, criminal testimony and law enforcement interviews, Mr. Veit purchased and provided alcohol to two women who were under the age of 21, with full knowledge and understanding that these two individuals were not legally of age to consume alcohol. This constitutes a violation of the Pennsylvania crimes code: Furnishing alcohol to minors under Title 18 PA C.C 6310.1.

**GRADE OF VIOLATION** **C**

C. Standard Condition #1: While on supervised release, the defendant shall not leave the judicial district without the permission of the Court or probation officer.

On March 26, 2021, Mr. Veit traveled outside of the Eastern District of Pennsylvania to New York City, New York, without prior permission from the U.S. Probation Office. On March 26, 2021, Mr. Veit was contacted telephonically, and he self-reported his current

location as New York City, New York. Mr. Veit stated he traveled to New York City, New York, to locate his paramour and retrieve his personal belongings

**GRADE OF VIOLATION** C

PRAYING THAT THE COURT WILL ORDER... **THAT THIS PETITION BE MADE AN ADDENDUM, TO THE VIOLATION PETITION SIGNED BY THE COURT ON AUGUST 31, 2021.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

James E. Dirzulaitis
Supervising U.S. Probation Officer
Place: Reading, PA
Date: December 22, 2021

TMK/am
cc: Assistant U.S. Attorney
Defense Attorney

ORDER OF THE COURT

Considered and ordered this 28th day of December, 2021 and ordered filed and made part of the records in the above case.

/s/ Timothy J. Savage
U.S. District Court Judge