PROB 12
(Rev. 10/93)

# United States District Court

for the

**Eastern District of Pennsylvania**

June 29, 2026

U.S.A. vs. Christopher Veit Case No.: 2:13CR00395-001

**VIOLATION OF SUPERVISED RELEASE**

COMES NOW Julia K. Roberts Supervisory, U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Christopher Veit who was placed on supervised release by The Honorable Mary A. McLaughlin sitting in the Court at Philadelphia, PA, on the 13th day of January, 2014 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Trafficking in counterfeit goods (Count One), mail fraud (Count Two) and possession of a firearm by a convicted felon (Count Three).

ORIGINAL SENTENCE: The defendant was committed to the custody of the United States Bureau of Prisons for a term of 120 months on each of Counts One, Two, and Three to run concurrently with each other for a total of 120 months upon release from imprisonment the defendant shall be on supervised release for a term of three years on each of Counts One, Two and Three to run concurrently with each other for a total term of three years. A special assessment of $300.00 was imposed.

SPECIAL CONDITIONS: 1) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 2) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for the fine; and 3) The defendant shall pay a fine in the amount of $25,000. The fine is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program and provide a payment of $25 from money earned in prison per quarter toward the fine. In the event the fine is not paid prior to the commencement of imprisonment the defendant shall satisfy the amount due in monthly installments of not less than $100 to commence 30 days after release from confinement.

JUDICIAL REASSIGNMENT: On May 2, 2016, this case was reassigned to Your Honor's calendar.

| | |
|---|---|
| AMENDED SENTENCE: | On June 7, 2017, the judgment was amended as a Direct Motion to District Court Pursuant to 28 U.S.C § 2255, reducing the custodial sentence to 65 months on each of Counts One, Two, and Three, to run concurrently. All other terms and conditions shall remain the same. |
| DATE SUPERVISION COMMENCED (first term): | November 17, 2018 |
| MODIFICATION OF CONDITIONS: | On August 14, 2020, Your Honor approved a request to modify the conditions of supervision as follows: The defendant shall complete a mental health assessment and abide by any treatment recommendation and rules of any such program until satisfactorily discharge. Additionally, the defendant shall adhere to any and all child custodial agreement rules, conditions and requirements. |
| VIOLATION HEARING: | On January 31, 2023, the defendant's term of supervised release was revoked. The defendant was committed to the custody of the Bureau of Prisons to be incarcerated for a term of thirty (30) months. The Court recommended to the Bureau of Prisons that the defendant be designated to a facility as close to Miami, FL as possible. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years. In addition to the standard terms of conditions of supervised release, the following special condition is imposed: a) The defendant shall participate in mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharge and with the approval of the U.S. Probation Office. |
| DATE SUPERVISION COMMENCED (current term): | October 3, 2023 |
| DATE SUPERVISION TERMINATES: | October 2, 2026 |

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. These conditions are:

A. Mandatory Condition: The defendant shall not commit another federal, state or local crime.

Mr. Veit commenced his term of supervised release on October 3, 2023, in the Southern District of Florida.

According to investigative reports from the Monroe County, Florida Sheriff's Office and an arrest affidavit, Mr. Veit engaged in multiple instances of sexual assault of a person 16 years of age, as well as kidnapping and other violent behavior toward the minor victim.

Mr. Veit has been charged in Monroe County, Florida with the following offenses: Sexual Assault by 24 YOA Victim 16 or 17 YOA, Kidnap- Commit or Facilitate Commission of Felony and Interfere with Custody of Minor Incomp Person.

Details of the offense were provided to the U.S. Probation Office. On June 21, 2026, Monroe County, Florida District Seven deputies responded to the address of 809 Miramar Drive, Key Largo, Florida 33037 in response to female calling 911 reporting she was being "held hostage" and to "please hurry he took my phone away and I'm using his to call."

Deputies arrived on scene where they found a male, later identified as Christopher Veit, DOB 11/14/1972. When asked about a female caller, he stated there was no female on the property, and he did not know what deputies were talking about. Deputies confirmed the ping from the 911 call came from that location. When asked if he recognized the number that dialed 911, Mr. Veit stated it was his own phone number. Deputies then requested permission to enter the house and confirm there was no female present. Veit led deputies inside and waved them past him. Upon investigating, deputies found a female inside the laundry dryer machine with the door closed.

The female was identified as 16-year-old (RF) (DOB: 02/24/2010) of Orlando, Florida. She stated to deputies she had been sexually assaulted and needed help. Deputies arranged for EMS transport to Mariner's Hospital. Veit was detained and transported by the deputies for questioning.

While at Mariner's Hospital the victim consented to a sexual assault exam. Her mother was contacted, advised on the case and she stated to deputies that she would also consent and cooperate fully. She stated she did not know RF was in Monroe County or at any adult male's house and did not consent to her being with him

During the interview, RF stated she had known Veit for two years. She stated they met through an online dating site called "Seeking" when she was 14 years old. She stated shortly after beginning to talk online they met in a hotel, played Uno, and then had sex. RF stated shortly after they had sex, she revealed her age to him. After initial hesitation, the victim stated that Veit continued to contact her and gave her a sum of $600 and described himself as her “sugar daddy.” This continued for two years. During this time, he forced her to have sex without her consent traveled in both Monroe County, Florida and Orlando, Florida.

RF stated that for the weekend of June 12 through June 15, 2026 that she was in Monroe County with Veit, at his residence. During this time, she described multiple sexual activity which he filmed with his iPhone. The victim described additional sexual assaults in detail as well as previous instances when he filmed sexual activity with his iPad and showed her the videos on both devices.

After that weekend, she went back up to Orlando for one day, and then Veit bought her a Brightline train ticket from Orlando to Miami on Wednesday, June 17, 2026. She stated the ticket was on her phone which is still at his residence.

Upon return to Miami, Veit picked her up in a black Cadillac Escalade and drove her back to his residence in Key Largo where he sexually assaulted her further, including an instance of forced anal intercourse.

When she awoke the morning of June 21, 2026, RF told Veit that she wanted to go home today. He refused and climbed on top of her, putting his knee on her stomach, placing his full weight down on her, as to prevent her from moving. He then, by force, grabbed her phone out of her hand, took her bag and left the room. RF then told him she had no way of calling anyone for a ride or help because he took her phone and she began crying. He then told her to "shut up or I'll do what I did before." RF told deputies that this referred to a prior assault in which he had got on top of her, slapped her on the face repeatedly, and held a pillow over her face, smothering her. When he went outside to check the food he was cooking on the grill, RF stated she grabbed his phone from the charger on the counter and dialed 911. Fearing he would know she called, she also deleted the call log.

Upon seeing patrol vehicles at his house, Veit told her to "get in the dryer." She stated she was still afraid of him, so she followed his command. Veit then shut the dryer door, closing her inside. She stated that Veit had previously told her of his plan to hide her in the dryer if law enforcement ever searched the house.

A search warrant was conducted at the suspect’s residence, 809 Miramar Dr, Key Largo FL at which time items were collected as evidence in which corroborated the victims' statements, including 4 IPhones, including the victim’s, an Ipad, a large quantity of spermicide,"Aftera" emergency contraceptive package, bed sheets, and two bags belonging to the victim.

Mr. Veit has been charged in Monroe County, Florida with the following: Sexual Assault by 24 YOA Victim 16 or 17 YOA, Kidnap- Commit or Facilitate Commission of Felony and Interfere with Custody of Minor Incomp Person. Arraignment in this case is scheduled for August 4, 2026.

**GRADE OF VIOLATION** **A**

**RE: Veit, Christopher**
**Case No.: 2:13CR00395-001**

In addition,the U.S. Probation Office for the Southern District of Florida has requested that our Court initiate transfer of jurisdiction to facilitate swift Court action in this case. If Your Honor is in agreement with transferring jurisdiction of this case, please find attached the Probation Form 22, which has been prepared for Your Honor's signature. In addition, we offer the following prayer for the Court's consideration.

**PRAYING THAT THE COURT WILL ORDER...**

**THE ISSUANCE OF A WARRANT TO BE LODGED AS A DETAINER FOR THE NAMED SUPERVISED RELEASEE TO BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Digitally signed by Julia K. Roberts
Date: 2026.06.29 13:52:43 -04'00'

Julia K. Roberts
Supervising U.S. Probation Officer

Place: Philadelphia, PA
Date June 29, 2026

cc: Assistant U.S. Attorney
Defense Attorney
Defendant
U.S. Marshals - Warrant Squad

**ORDER OF THE COURT**

Considered and ordered this 1st day

of July, 2026 and ordered filed

and made part of the records in the above case.

/s/ Timothy J. Savage

The Honorable Timothy J. Savage
U.S. District Court Judge

# INFORMATION SHEET FOR REVOCATION OF SUPERVISION

| | |
|---|---|
| United States of America ) | Case No.: 2:13CR00395-001 |
| vs. ) | |
| Christopher Veit ) | |

| | |
|---|---|
| Defendant's last known Address and Telephone Number: | 809 Miramar Drive<br>Key Largo, FL |
| Defendant is in custody at: | Key West Jail<br>Monroe County Key West Jail<br>5525 College Road, Key West, FL<br>33040 |
| Defendant's last known Counsel Address and Telephone Number: | Stephen Patrizio<br>Patrizio Law Offices<br>1500 John Kennedy Blvd<br>Suite 1205<br>Philadelphia, PA<br>215-569-2121 |
| Assistant U.S. Attorney Address and Telephone Number: | 615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106 |

Julia K Roberts
Digitally signed by Julia K. Roberts
Date: 2026.06.29 13:53:03 -04'00'

Julia K. Roberts
Supervisory U.S. Probation Officer