PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:13CR000395-001 |
| DOCKET NUMBER *(Rec. Court)* | 26-TP-20069-ALTONAGA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christopher Veit | Eastern District of Pennsylvania | Philadelphia |

FILED BY BM D.C.
Aug 4, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NAME OF SENTENCING JUDGE
The Honorable Mary A. McLaughlin, U.S. District Court Judge

| DATES OF SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 10/03/2023 | 10/02/2026 |

OFFENSE
18 U.S.C. § 2320(a) – Trafficking in counterfeit goods (Count One)
18 U.S.C § 1341 – Mail Fraud (Count Two)
18: U.S.C § 922(g)(1) and 924(e) – Possession of a firearm by a convicted felon (Count Three)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
In keeping with the recommendation of the Judicial Conference, to effectively address any noncompliance.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Pennsylvania

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/1/2026
*Date*

/s/ Timothy J. Savage
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

07-20-26
*Effective Date*

Roy Altman
*United States District Judge*